OPINION — AG — ** MEMORANDUM ** OF COMPUTATION OF " DAYS " WITHIN THE MEANING OF ARTICLE V, SECTION 33 AND ARTICLE VI, SECTION 12, ARTICLE VI, SECTION 11 OKLAHOMA CONSTITUTION. (NO REVENUE BILL SHALL BE PASSED DURING THE FIVE LAST DAYS OF THE SESSION, APPROPRIATION, LEGISLATURE, VOTE, GOVERNOR) CITE: OPINION NO. MARCH 30, 1943 — HUGES, ARTICLE V, SECTION 33, ARTICLE VI, SECTION 11, ARTICLE VI, SECTION 12 (FRED HANSEN)